```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        4:06CR3184
                               )
      v.                       )
                               )
BYRON N. LOPEZ,                )         ORDER
                               )
            Defendant.         )
                               )
```

    The defendant has moved to continue his trial currently set for March 12, 2007. Filings 16 and 17. Counsel for the defendant has orally advised the court that the defendant and his counsel need an additional sixty days to prepare for trial, and that the government does not oppose a continuance. The Court, being fully advised in the premises, finds that defendant's motions to continue, filings 16 and 17, should be granted.

    IT IS ORDERED:

    1.  The defendant's trial is set to commence at 9:00 a.m. on May 14, 2007 for a duration of three trial days before the Honorable Warren K. Urbom. Jury selection will be at the commencement of trial.

    2.  The court finds that the ends of justice will be served by extending the trial date, and a period of thirty days, that is, the time between today's date and May 14, 2007 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant and his counsel to be fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 5th day of March, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge