IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3184 |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BYRON N. LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty.  The Court is further advised that the defendant will consent to Judge Piester conducting the hearing on the plea of guilty.

IT IS ORDERED that:

The motion of defendant to set for entry of plea, filing 20, is granted and,

1.   This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2.   A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 7th day of June, 2007, at the hour of 3:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3.   On or before the date set for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.   The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any

computation of time under the requirements of the
Speedy Trial Act, for the reason that defendant's
counsel requires additional time to adequately prepare
the case, taking into consideration due diligence of
counsel, the novelty and complexity of the case, and
the fact that the failure to grant additional time
might result in a miscarriage of justice.  18 U.S.C. §
3161(h)(8)(A) & (B).

5.   Defendant shall appear for this hearing.

Dated: May 2, 2007
                                    BY THE COURT:

                                    s/ David L. Piester
                                    United States Magistrate Judge