IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3184 |
| v. | ) | |
| BYRON N. LOPEZ, | ) | ORDER RESCHEDULING SENTENCING HEARING |
| Defendant. | ) | |

   IT IS ORDERED that the sentencing hearing is rescheduled and shall commence at 12:45 p.m. on November 6, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

   Dated August 13, 2007.

                    BY THE COURT

                    s/ Warren K. Urbom
                    United States Senior District Judge