IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff, )<br>)<br>     v. )<br>)<br>BYRON NOE LOPEZ, )<br>)<br>             Defendant. )<br>) | 4:06CR3184<br><br>MEMORANDUM AND ORDER |

    A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 37.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of violation of the order of release are true.

    Regarding disposition, the government submitted the matter. The defendant requested release.  The court finds that the defendant should be released with an additional condition.

    IT THEREFORE HEREBY IS ORDERED,

    The defendant is released under the same conditions as previously released with the additional condition of electronic monitoring as soon as the pretrial services officer can arrange it.

    DATED October 4, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge