IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:06CR3184** |
| Plaintiff, | |
| vs. | **ORDER** |
| BYRON N. LOPEZ, | |
| Defendant. | |

IT IS ORDERED that the government's Motion to Withdraw Motion, ECF No. 50, is granted and the Government's Motion Pursuant to Rule 35(b), (ECF No. 47) is withdrawn.

Dated January 22, 2014.

BY THE COURT

Warren K. Urbom
United States Senior District Judge